DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

SEP 0 9 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   MICHAEL A. WILKINSON and
JAYLEEN TUEFULI

Chapter 13
Case No. 06-3-0660 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $102.13 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 015 | CLERK OF THE COURT FOR GLOBAL PMT/NCO FINANCIAL SYSTEMS IN<br>P O BOX 41567<br>PHILADEPHA, PA 19101 | $102.13 |

Dated: September 7, 2011

_____
CECILIA MARCELO
Receipts Administrator

Case: 06-30660    Doc# 56    Filed: 09/09/11    Entered: 09/15/11 11:22:04    Page 1 of 1